IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nolen, Kent

Printed: 3/25/08

Case Number: 07 B 23506
Judge: Goldgar, A. Benjamin
Filed: 12/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,774.00 | 0.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Advance Loan | Secured | 12,633.00 | 0.00 |
| 4. | Muskegon Teachers CU | Secured | 22,500.00 | 0.00 |
| 5. | American Recovery System | Unsecured | 12.17 | 0.00 |
| 6. | Muskegon Teachers CU | Unsecured | 218.87 | 0.00 |
| 7. | Capital One | Unsecured | 120.07 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 3,454.14 | 0.00 |
| 9. | Senex Services Corp | Unsecured | 62.58 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 66.39 | 0.00 |
| 11. | Capital One | Unsecured | 140.02 | 0.00 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | AES/PHEAA | Unsecured | | No Claim Filed |
| 14. | CB USA | Unsecured | | No Claim Filed |
| 15. | Account Receivables | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Midland Credit Management | Unsecured | | No Claim Filed |
| 18. | Check Into Cash | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Detroit Edison | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | First Premier | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Guide One Insurance | Unsecured | | No Claim Filed |
| 25. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nolen, Kent

Printed: 3/25/08

Case Number: 07 B 23506
Judge: Goldgar, A. Benjamin
Filed: 12/14/07

| | | | |
|---|---|---|---|
| 26. | AES/PHEAA | Unsecured | No Claim Filed |
| 27. | Onyx Acceptance | Unsecured | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | No Claim Filed |
| 29. | Resurgent Capital Services | Unsecured | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | No Claim Filed |
| 31. | Resurgent Capital Services | Unsecured | No Claim Filed |
| 32. | Allied Interstate | Unsecured | No Claim Filed |
| 33. | Sherman Acquisition | Unsecured | No Claim Filed |
| 34. | Medical Collections | Unsecured | No Claim Filed |
| 35. | State Collection Service | Unsecured | No Claim Filed |
| 36. | Tex Collect/Colection Agency | Unsecured | No Claim Filed |
| 37. | Sherman Acquisition | Unsecured | No Claim Filed |
| 38. | Van Ru Collection Agency | Unsecured | No Claim Filed |
| 39. | United States Dept Of Education | Unsecured | No Claim Filed |
| 40. | Verizon North | Unsecured | No Claim Filed |

$ 41,981.24         $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mack_